UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TIFFANY HILL, Plaintiff,

v. Civil Action No. 3:21-cv-226-DJH-CHL

COMMISSIONER OF SOCIAL SECURITY, Defendant.

\* \* \* \* \*

### ORDER

Plaintiff Tiffany Hill filed this action seeking review of the decision by Defendant Commissioner of Social Security to deny Hill's applications for disability insurance benefits and supplemental security income. (Docket No. 1)  The case was referred to Magistrate Judge Colin H. Lindsay for report and recommendation.  Judge Lindsay issued his Report and Recommendation on August 10, 2022, recommending that the Commissioner's decision be reversed and the matter remanded. (D.N. 25)  The time for objections to the magistrate judge's recommendation has now run, with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 25) are **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) A separate judgment will be entered this date.

September 2, 2022

David J. Hale, Judge
United States District Court

1